IT IS SO ORDERED.

Dated: 10 May, 2024 05:34 PM

Suzana Krstevski Koch
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:
NIA CLEOPATRA EVANS

*Debtor(s)*

Case No: 24-11098

Chapter 7

Judge Suzana Krstevski Koch

ORDER DISMISSING CASE

This case came one for hearing on MAY 7, 2024 on an Order to Show Cause why this case should not be dismissed for the reasons set forth in the Order to Show Cause. It appears to the court that as of the hearing date, the debtor(s) had failed to

    \_\_\_\_ file a matrix/list of creditors.
    \_\_\_\_ file a plan within the time required by Bankruptcy Rule 3015.
    _X_ file schedules and statements as required by 11 U.S.C. § 521 within the time required by Bankruptcy Rule 1007.
    \_\_\_\_ pay filing fees in installment(s) as required by this Court's order.
    \_\_\_\_ file a Form B121 as required by Bankruptcy Rule 1007.
    \_\_\_\_ file Declaration RE: Electronic filing as required by General Order 02-2.
    \_\_\_\_ file the correct petition (Official Form 101 (12/17).
    _X_ file Means Test as required by 11 U.S.C. § 521(a)(1); Bankruptcy Rule 1007.
    \_\_\_\_ file Form B2010 Notice required by 11 U.S.C. § 342(b) for individuals filing for Bankruptcy.
    _X_ file payment advices received 60 days before the date of the filing of the petition as required by 11 U.S.C. § 521(a)(1); Bankruptcy Rule 1007.
    \_\_\_\_ meet credit counseling requirements of 11 U.S.C. §§ 109(h) & 521(b)(1); Rule 1007(c).
    \_\_\_\_ Other:

IT IS, THEREFORE, ORDERED THAT:

1. This case is dismissed.
2. Any wage order which may have been entered in this case be, and it hereby is, terminated.